# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL JUAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00064-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S ANSWER<br><br>(ECF No. 7) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may file an answer to Plaintiff's complaint. For good cause shown, the Court approves the stipulation and orders that Defendant shall have through May 1, 2025, to file an answer or otherwise respond to the complaint. The scheduling order (ECF No. 5) otherwise remains controlling.

IT IS SO ORDERED.

Dated: __March 11, 2025__

STANLEY A. BOONE
United States Magistrate Judge