# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL JUAREZ,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:25-cv-00064-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 10) |

On May 28, 2025, the parties filed a stipulation for a thirty-five day extension of time from May 28, 2025 to July 2, 2025 for Plaintiff to file his opening brief. (ECF No. 10.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.     Plaintiff shall file his opening brief on or before **July 2, 2025**; and

2.     All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **May 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge