# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL JUAREZ,<br><br>       Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No. 1:25-cv-00064-SAB<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STRIKE THE CERTIFIED ADMINISTRATIVE RECORD<br><br>(ECF Nos. 9, 12) |

On April 28, 2025, Defendant filed a certified administrative record in this action that does not correspond to Plaintiff Nathaniel Juarez. (ECF No. 9.) On June 9, 2025, Defendant moved to strike the certified administrative record. (ECF No. 12.) Defendant proffers it is prepared to file a replacement certified administrative record upon the Court's granting of this motion. Defendant contends that Plaintiff's counsel has no objection to this motion. The Court finds good cause to grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1.      Defendant's motion to strike (ECF No. 12) is GRANTED and the Clerk of Court is DIRECTED to remove ECF No. 9 from the record;

2.      Defendant shall file the certified administrative record related to Plaintiff Nathaniel Juarez within **three (3) days** of entry of this order; and

/ / /

1          3.      Plaintiff's opening brief SHALL be filed **within thirty (30) day**s after service of

2     the replacement certified administrative record.

3

4     IT IS SO ORDERED.

5     Dated:   **June 10, 2025**

                                          STANLEY A. BOONE
6                                         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28