# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL JUAREZ,<br><br>　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Case No. 1:25-cv-00064-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 15) |

　　　On July 10, 2025, a stipulation was filed requesting a seven day extension of time from July 11, 2025 to July 18, 2025 for Plaintiff to file his opening brief. (ECF No. 15.)

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opening brief on or before **July 18, 2025**; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**July 10, 2025**__　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge