# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL JUAREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00064-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S BRIEF<br><br>(ECF No. 21) |

　　　　Before the Court is the parties' stipulation for an extension of time for Defendant to file a responsive brief in support of his position of whether the Court should reverse, affirm, or modify a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits.  42 U.S.C. 405(g).  For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through September 22, 2025, to file a responsive brief.  The scheduling order (ECF No. 5) otherwise remains controlling.

IT IS SO ORDERED.

Dated:　**August 20, 2025**　　　　　　　　　　／s／ Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge