# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL JUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00064-SAB<br><br>ORDER RE: STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 23) |

Plaintiff Nathaniel Juarez filed this action on January 14, 2025, challenging the Commissioner of Social Security's final decision denying her application for Social Security Benefits. The parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 6, 19.) On August 21, the parties filed a stipulation for voluntary remand, pursuant to Sentence Four of 42 U.S.C. § 405(g). (ECF No. 17.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand (ECF No. 23);
2. All pending dates and matters are VACATED; and

///

3. Judgment is ENTERED in favor of Plaintiff Nathaniel Juarez and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **August 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2